Lars K. Evensen, Esq.
Nevada Bar No. 8061
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
lkevensen@hollandhart.com
jgwent@hollandhart.com

*Attorneys for Creditor*
*Select Portfolio Servicing, as loan*
*servicer and attorney-in-fact for ACE*
*Securities Corp., Home Equity Loan Trust, Series 2006-NC3,*
*Asset Backed Pass-Through Certificates*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.: BK-12-23874-BTB |
| TRACY LEE ROUSE-HURST, | Chapter: 11 |
| Debtor. | |
| TRACY LEE ROUSE-HURST, an Individual | Adversary No. 13-01218-btb |
| Plaintiff, | |
| v. | ANSWER TO PLAINTIFF'S ADVERSARY COMPLAINT |
| SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, a Foreign Corporation; and HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACK PASS-THROUGH CERTIFICATES, a National Association, | |
| Defendants. | |

6746633_1

Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, by and through their attorneys, the law firm of Holland & Hart, LLP, hereby responds to the allegations contained in the Adversary Complaint ("Complaint") filed by TRACY LEE ROUSE-HURST, an Individual, as follows:

### JURISDICTIONAL AND PARTIES

1.  Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, calls for a legal conclusion, to that extent an answer is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 1 of Plaintiffs' Complaint and therefore denies the same.

2.  Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, calls for a legal conclusion, to that extent to that extent an answer is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 2 of Plaintiffs' Complaint and therefore denies the same.

3.  Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, calls for a legal conclusion, to that extent to that extent an answer is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 3 of Plaintiffs' Complaint and therefore denies the same.

4.  Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, calls for a

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

6746633_1

legal conclusion, to that extent, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 4 of Plaintiffs' Complaint and therefore denies the same.

5. SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, calls for a legal conclusion, to that extent an answer is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 5 of Plaintiffs' Complaint and therefore denies the same.

6. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 6 of Plaintiffs' Complaint and therefore denies the same.

7. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 7 of Plaintiffs' Complaint and therefore denies the same.

8. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, admits to the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 9 of Plaintiffs' Complaint and therefore denies the same.

6746633_1

**Background**

10. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, admits to the allegations contained in Paragraph 10 of Plaintiffs' Complaint.

11. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, is without knowledge as to time or information sufficient to form a belief as to the truth of the allegations to Paragraph 11 of Plaintiffs' Complaint and therefore denies the same.

12. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, calls for a legal conclusion, to that extent an answer is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 12 of Plaintiffs' Complaint and therefore denies the same.

13. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, admits to the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 14 of Plaintiffs' Complaint and therefore denies the same.

15. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, is without

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

6746633_1

knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 15 of Plaintiffs' Complaint and therefore denies the same.

16. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, calls for a legal conclusion, to that extent an answer is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 16 of Plaintiffs' Complaint and therefore denies the same.

17. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, calls for a legal conclusion, to that extent an answer is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 17 of Plaintiffs' Complaint and therefore denies the same.

18. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, denies the allegations contained in Paragraph 18 of Plaintiffs' Complaint.

19. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, admits the allegations contained in Paragraph 19 of Plaintiffs' Complaint.

20. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, calls for a legal conclusion, to that extent an answer is required, Defendant denies the allegations contained in Paragraph 20 of Plaintiffs' Complaint.

21. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 21 of Plaintiffs' Complaint and therefore denies the same.

22. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 22 of Plaintiffs' Complaint and therefore denies the same.

23. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 23 of Plaintiffs' Complaint and therefore denies the same.

### FIRST CAUSE OF ACTION
(Declaratory Relief)

24. In response to Paragraph 24 of Plaintiffs' Complaint, Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, incorporates by reference its responses to paragraphs 1 through 23 as if fully set forth herein.

25. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, denies the allegations contained in Paragraph 25 of Plaintiffs' Complaint.

26. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

6746633_1

TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 26 of Plaintiffs' Complaint and therefore denies the same.

## SECOND CAUSE OF ACTION
### (Injunctive Relief)

27. In response to Paragraph 27 of Plaintiffs' Complaint, Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, incorporates by reference its responses to paragraphs 1 through 26 as if fully set forth herein.

28. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, calls for a legal conclusion, to that extent an answer is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 28 of Plaintiffs' Complaint and therefore denies the same.

29. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, is without knowledge or information sufficient to form a belief as to the truth of the allegations to Paragraph 29 of Plaintiffs' Complaint and therefore denies the same.

## THIRD CAUSE OF ACTION
### (Attorney's Fees)

30. In response to Paragraph 30 of Plaintiffs' Complaint, Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, incorporates by reference its responses to

6746633_1

paragraphs 1 through 29 as if fully set forth herein.

31. Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, denies the allegations contained in Paragraph 31 of Plaintiffs' Complaint.

### PRAYER FOR RELIEF

**WHEREFORE**, having fully answered Plaintiff's Complaint, Defendant SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICE AND ATTORNEY-IN-FACT FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES, prays for the following relief:

1. That Plaintiffs take nothing by virtue of its Complaint;
2. That Plaintiffs' Complaint be dismissed with prejudice;
3. For an award of reasonable attorneys' fees and costs against Plaintiff; and
4. For such other and further relief as this Court may deem just and equitable.

DATED March 24, 2014.

By: _____
Lars K. Evensen, Esq.
Joseph G. Went, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Creditor*
*Select Portfolio Servicing, as loan*
*servicer and attorney-in-fact for ACESecurities*
*Corp., Home Equity Loan Trust, Series 2006-*
*NC3, Asset Backed Pass-Through Certificates*

6746633_1

## CERTIFICATE OF SERVICE

1. On the 24th day of March, 2014 I served the following document(s):

- **ANSWER TO PLAINTIFF'S ADVERSARY COMPLAINT**

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. ECF System

| | | |
|---|---|---|
| **TRACY LEE ROUSE-HURST**<br>Added: 12/11/2013<br>(Plaintiff) | represented by | **BRANDON L. PHILLIPS**<br>3960 HOWARD HUGHES PKWY SUITE 500<br>LAS VEGAS, NV 89169<br>702-795-0097<br>702-795-0098 (fax)<br>blp@abetterlegalpractice.com<br>Assigned: 12/11/13 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of March, 2014

*/s/ Alexis Grangaard*
_____
SIGNATURE OF DECLARANT

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

6746633_1