# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  12–23874–btb**
**Chapter 11**
**Adversary Proceeding Number 13–01218–btb**

In re:

TRACY LEE ROUSE–HURST , Debtor(s)

---

TRACY LEE ROUSE–HURST, Plaintiff(s)

vs

SELECT PORTFOLIO SERVICING, INC., Defendant(s)

---

## NOTICE OF CONDITIONAL DISMISSAL
## OF ADVERSARY PROCEEDING

The above–captioned bankruptcy case having been dismissed;

NOTICE IS HEREBY GIVEN THAT, unless an objection is filed within 21 days of the date of this notice, this adversary proceeding will be dismissed without prejudice.

Dated: 11/7/14                                              BY THE COURT

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of the Bankruptcy Court