

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 02, 2014

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** 12–23874–btb
**Chapter 11**
**Adversary Proceeding Number** 13–01218–btb

In re:

TRACY LEE ROUSE–HURST , Debtor(s)

TRACY LEE ROUSE–HURST, Plaintiff(s)

vs

SELECT PORTFOLIO SERVICING, INC. et al., Defendant(s)

### ORDER OF DISMISSAL OF ADVERSARY PROCEEDING

The above−captioned bankruptcy case having been dismissed;

No objections to the Notice of Dismissal of Adversary having been received;

IT IS HEREBY ORDERED that the above−captioned adversary proceeding is dismissed without prejudice.

###